IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARISOL CASANOVA-GUZMÁN<br>Plaintiff (Pro Se)<br><br>v.<br><br>UNITED STATES OF AMERICA<br>DEPARTMENT OF JUSTICE<br><br>Karen Ferguson, Supervisory Civil Rights Analyst<br>Employment Litigation Section, Civil Rights Division<br><br>Defendants | AMERICANS WITH DISABILITIES<br>ACT AND<br>DEMAND FOR JURY TRIAL<br><br><br><br>Civil No.: 21-cv-1239(FAB) |

## COMPLAINT

AL HONORABLE TRIBUNAL:

Comparece la parte demandante por derecho propio y respetuosamente expone, alega y solicita:

### I.STATEMENT OF JURISDICTION

1. Esta acción ha sido traída por la parte demandante, Marisol Casanova-Guzmán, (de ahora en adelante "demandante"), contra el Departamento de Justicia de los Estados Unidos de América y et. al., (de ahora en adelante "demandados) para hacer valer las provisiones estatutarias y regulatorias del Título I de la "Americans with Disabilities Act of 1990", según enmendada, (ADA), 42 U.S.C. §12111 et seq., la cual incorpora a través de 42 U.S.C. §12117 los poderes, remedios y procedimientos a establecerse en el Título V, sección 503 del Acta, 42 U.S.C. §12203 y del Título VII del Acta de Derechos Civiles de 1964, según enmendada, 42 U.S.C. §2000e-5.

2. Que esta Honorable Corte tiene jurisdicción de la acción bajo 42 U.S.C. §2000e-5(f), 28 U.S.C. §§1331 y 1345. Que esta Honorable Corte tiene la autoridad de emitir una sentencia declaratoria basada en 28 U.S.C. §§2201 y 2202, en adición, tiene la autoridad de otorgar alivio equitativo y daños monetarios basado en 42 U.S.C. §12117.

## II. STATEMENT OF THE PARTIES

3. La parte demandada, Departamento de Justicia de los Estados Unidos de América es una agencia creada bajo las leyes de los Estados Unidos de América.

4. La parte demandada es una persona dentro del significado definido en 42 U.S.C. §12111(7) y 42 U.S.C. §2000e(a).

5. La parte demandada es una entidad cubierta dentro del significado definido en 42 U.S.C. §12111(2) y 29 C.F.R. §1630.2.

6. La codemandada Karen Ferguson es la Analista Supervisora de Derechos Civiles en la Sección de Litigación Laboral de la División de Derechos Civiles del Departamento de Justicia de los Estados Unidos de América.

7. La parte demandante, Marisol Casanova-Guzmán, es una persona con impedimento dentro del significado definido en 42 U.S.C. §12102 y 29 C.F.R. §1630.2. Casanova-Guzmán es parapléjica, utiliza silla de ruedas de forma permanente para movilizarse y está limitada sustancialmente en las actividades mayores del diario vivir como caminar.

8. Para el mes de agosto 2017 solicite al Equal Employment Opportunity Commission ("EEOC"), oficina de Puerto Rico, que me ofrecieran una alternativa ante los continuos eventos de discrimen y represalias por los que estaba pasando con el que fue mi patrono, el Departamento de Justicia de Puerto Rico. El EEOC me había informado que los casos estaban detenidos debido a la Ley PROMESA y que esperaban instrucciones al respecto.

9. En EEOC me dijeron que ante esta situación podía solicitar al Departamento de Justicia de los Estados Unidos de América que estos ("USDOJ") continuaran con mi caso o que me dieran un permiso de litigación. Cinco meses más tarde me dieron un permiso de litigación.

10. Luego de los huracanes Irma y María los incidentes continuaron ocurriendo y volví a solicitar o que el USDOJ tomara mi caso o que me dieran un permiso de litigación. Me volvieron a otorgar otro permiso de litigación.

- 3 -

11. Por múltiples razones no pude conseguir los servicios de un abogado y tuve que radicar la demanda por derecho propio. El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico me asigno un abogado de oficio.

12. En el mes de junio de 2020 el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico desestimo la demanda invocando, que quien único puede demandar al Estado Libre Asociado de Puerto Rico bajo el Título I de la "Americans with Disabilities Act" era el Departamento de Justicia de los Estados Unidos. No se me informo de la desestimación del caso hasta que una agencia a la cual hice una querella administrativa relacionada a los hechos hizo referencia a la desestimación del caso en su comunicación. Escribí al Tribunal para que me hicieran llegar la decisión.

### III. STATEMENT OF CLAIMS

13. Todas las alegaciones de los párrafos precedentes se hacen formar parte y se incorporan a esta sección.

14. Cuando recibí el permiso de litigación firmado por la señora Karen Ferguson de la Sección de Litigación Laboral de la División de Derechos Civiles del Departamento de Justicia de los Estados Unidos, al no ser abogada, tuve la seguridad y plena confianza de que la información que me estaban proveyendo era una veraz y correcta.

15. Inclusive el abogado de oficio que me asigno el propio Tribunal desconocía sobre la, alegada, falta de validez de los permisos de litigación que me habían enviado.

16. Que bajo conocimiento la señora Karen Ferguson en representación del Departamento de Justicia de los Estados Unidos firmo un permiso de litigación con información falsa indicándome que podía demandar bajo el Título I de la Americans with Disabilities Act al Departamento de Justicia de Puerto Rico causando que el Tribunal de los Estados Unidos para el Distrito de Puerto Rico desestimara mi demanda y provocándome danos aún mayores.

- 4 -

17. Que la señora Ferguson tenía pleno conocimiento de que la demanda civil seria contra el Departamento de Justicia de Puerto Rico y que aun así me otorgaron tres permisos de litigación diciendo que podía demandar bajo el Título I de la Ley A.D.A.

18. Que la parte demandante, Marisol Casanova Guzmán, ha sufrido y continúa sufriendo daños como resultado directo de esta acción por la parte demandada, incluyendo, pero no limitándose a: daño psicológico, daños emocionales, humillación, serias y graves angustias y sufrimientos mentales, inestabilidad, desasosiego, exacerbó condiciones pre-existentes y desarrolló otras. No puede estar sin tratamiento médico continuo y no se sabe si pueda volver a recuperar.

## IV. STATEMENT OF RELIEF

a) Declare CON LUGAR esta demanda y encuentre a la parte demandada y codemandada responsable por haber violado las leyes federales de los Estados Unidos de América.

b) Ordene a la parte demandada a reparar el daño causado a la parte demandante ordenándoles que asuman la representación de la demanda civil que el Tribunal desestimo como consecuencia de los falsos permisos de litigación.

c) Condene a los demandados y codemandados al pago de las costas del litigio y los honorarios en caso de así ser incluidos en el proceso.

d) Otorgar cualquier remedio o alivio adicional que la justicia requiera y la Honorable Corte así lo determine.

## V. JURY DEMAND

La parte demandada, Marisol Casanova Guzmán, demanda que se lleve a cabo un juicio por jurado.


Respetuosamente sometido (por derecho propio) en San Juan, Puerto Rico; hoy, 13 de mayo de 2021.

Marisol Casanova-Guzmán
Address:
Calle 7 I-11
Urb. Brisas del Mar
Luquillo, P.R. 00773