# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): No aplica / (por derecho propio)

USDC-PR Bar Number: N/A

Email Address: no

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Marisol Casanova-Guzmán

   Defendant: United States Department of Justice et. al.

2. Indicate the category to which this case belongs:
   - [x] Ordinary Civil Case
   - [ ] Social Security
   - [ ] Banking
   - [ ] Injunction

3. Indicate the title and number of related cases (if any).

   Civil Action 18-1197 (JAG)

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?
   - [ ] Yes
   - [x] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?
   - [ ] Yes
   - [ ] No    No sé

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ.P. 24)
   - [x] Yes
   - [ ] No

Date Submitted:

rev. Dec. 2009

Print Form    Reset Form