IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF PUERTO RICO

| | |
|---|---|
| **MARISOL CASANOVA-GUZMÁN**<br>Plaintiff<br>v.<br><br>UNITED STATES OF AMERICA<br>DEPARTMENT OF JUSTICE<br><br>Karen Ferguson, Supervisory Civil Rights Analyst Employment Litigation Section, Civil Rights Division | **CASE NO. 21-CV-1239 (FAB)**<br><br><br>AMERICAN WITH DISABILITIES ACT AND DEMAND FOR JURY TRIAL |

**MOTION REQUESTING DISMISSAL WITHOUT PREJUDICE**

**TO THE HONORABLE COURT:**

COMES NOW, **MARISOL CASANOVA-GUZMÁN**, hereinafter plaintiff, and very respectfully states and prays:

1. Plaintiff, after having consulted with her attorney, on various occasions, as to the legal options available to her pertaining to the above-captioned complaint, has instructed the undersigned, voluntarily, to the request, at this time, the dismissal of the present claim, without prejudice.

WHEREFORE, for all the foregoing reasons, the undersigned requests this Honorable Court to grant this motion and proceed with the dismissal of the present cause of action, without prejudice.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of August 2021.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to attorneys of record/parties in interest.

**S/ Alberto R. Estrella Arteaga**

Alberto R. Estrella Arteaga
USDC PR No. 217606
Vázquez & Estrella Law Offices, LLC
PMB 407
Ave. Esmeralda 405 Suite 2
Guaynabo, PR 00960
Tel: (787) 402-7275
E-mail: aestrella@vazquezestrellalaw.com