IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARISOL CASANOVA-GUZMÁN,<br><br>**Plaintiff**,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et als.*,<br><br>**Defendants**. | **Civil No.** 21-1239 (FAB) |

**JUDGMENT**

In accordance with the Order entered on August 18, 2021 (Docket No. 16), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 19, 2021.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE